UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DANIEL HUNT,   )<br>    Defendant   ) | M.B.D. Case No. 19-MC-91546 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the government's motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged by criminal complaint in <u>United States v. Daniel Hunt</u>, No. 19-MJ-7438-JCB. The parties have been engaged in preliminary discussions regarding the possible resolution of this matter, which may result in a plea agreement and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit the government to consider an evaluation of the defendant, which was recently completed and provided, and allow the parties to further discuss and finalize the terms of any agreement, before the government is required to seek an indictment or file an information. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit or assist the government's ongoing investigation.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from March 12, 2021 through and including May 14, 2021 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

3. Accordingly, the Court hereby grants the government's motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to May 14, 2021; and (2) the period from March 12, 2021 through and including May 14, 2021 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

*/s/ Indira Talwani*
**HONORABLE INDIRA TALWANI**
**UNITED STATES DISTRICT JUDGE**

4/8/2021